FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 3 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01937-BNB

MICHAEL ANDERSON,

    Plaintiff,

v.

COLORADO COURTS, and
LA PLATA COUNTY DISTRICT COURT,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Michael Anderson, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Bent County Correctional Facility in Las Animas, Colorado. He attempted to initiate the instant action by submitting to and filing with the Court *pro se* a document titled "Summons." The Court reviewed the document and determined it was deficient. Therefore, on August 2, 2011, Magistrate Judge Boyd N. Boland directed Mr. Anderson to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The August 2 order pointed out that Mr. Anderson failed to submit either the $350.00 filing fee or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. The order also pointed out that Mr. Anderson failed to submit a Prisoner Complaint. The order directed the clerk of the Court to mail to Mr. Anderson the proper, Court-approved forms for filing a complaint

and for seeking leave to proceed pursuant to § 1915, and warned him that if he failed to cure the designated deficiencies within the time allowed the action would be dismissed without prejudice and without further notice.

On August 25, Mr. Anderson submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account statement. However, he failed to submit a complaint on the proper, Court-approved form.

Mr. Anderson has failed, within the time allowed, to cure all the deficiencies listed in the August 2 order. Therefore, the action will be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with a Court order and cure the designated deficiencies as directed within the time allowed and for failure to prosecute.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Michael Anderson, within the time allowed, to cure the deficiencies designated in the order to cure of August 2, 2011, and for his failure to prosecute.

DATED at Denver, Colorado, this __13th__ day of __September__, 2011.

BY THE COURT:

                                            s/Lewis T. Babcock
                                            LEWIS T. BABCOCK
                                            Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01937-BNB

Michael Anderson
Prisoner No. 136336
Bent County Correctional Facility
11560 Road FF75
Las Animas, CO 81054

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on September 13, 2011.

                              GREGORY C. LANGHAM, CLERK

           By: _____
                      Deputy Clerk